UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LESALDO SHALTO,

                              Plaintiff,

      -against-

PANO DION CORP., and ARGOLIDA LLC,

                            Defendants.

---------------------------------------------------------X

*Civil Action No.*

1:25-cv-05612-EK-JRC

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Plaintiff, **LESALDO SHALTO,** and Defendants, **PANO DION CORP.,** and **ARGOLIDA LLC,** hereby notify this Honorable Court that a settlement has been reached in principle in the above-referenced case among the parties. The parties are drafting the necessary documents and anticipate finalizing the agreement within the next few weeks. Accordingly, we respectfully request that a sixty (60) day order be issued.

Dated: New York, New York
       January 19, 2026

                                                             By:_____
                                                        Richard M. Madnick, Esq.
                                                        The Marks Law Firm, P.C.
                                                        155 E 55th Street, Suite 4H
                                                        New York, NY 10022
                                                        T:(646) 770-3775